IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| RICHARD M. SLACK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4:13-cv-00064 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RAUL ROJAS DA SILVA, ET AL., | ) | By: Hon. Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendants. | ) | |

Before me is the Amended Report and Recommendation ("Report") of the United States Magistrate Judge recommending that an Order be entered approving and confirming the proposed compromise settlement agreement [ECF No. 45]. The Report was filed on May 15, 2014, from which date the parties had fourteen (14) days to file objections. No objections were filed. Accordingly, it this day **ORDERED** that the Report and Recommendation of the Honorable Robert S. Ballou shall be, and hereby is, **ADOPTED** in its entirety. The proposed compromise settlement agreement set forth in the Virginia Release and Settlement Agreement [ECF No. 41-1], as well as the proposed distribution of settlement proceeds set forth in the Report, are hereby **APPROVED** and **CONFIRMED** in all respects. The settlement agreement appears to resolve and extinguish all claims against all parties in this case. Pursuant to the third clause of the agreement, "Dismissal of Claims," the parties are directed to submit an Agreed Order of Dismissal with Prejudice.

The Clerk is directed to send a copy of this Order to all counsel of record as well as to Magistrate Judge Ballou.

ENTERED this 3rd day of June, 2014.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE